Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBATUBA ACAI, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-08523-FMO-MRW<br><br>Honorable Judge Fernando M. Olguin<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: October 27, 2021<br>Trial Date: None |

1
NOTICE OF SETTLEMENT

Plaintiff Thuy Thanh Alonzo ("Plaintiff") hereby notifies the Court that the claims of Plaintiff have settled on an individual basis.  A notice of dismissal with prejudice of Plaintiff's claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed upon execution of a formal settlement agreement.

Dated: August 23, 2022                          Respectfully Submitted,


                                                          */s/ Binyamin I. Manoucheri*
                                                          Thiago M. Coelho
                                                          Binyamin I. Manoucheri
                                                          **WILSHIRE LAW FIRM**
                                                          *Attorneys for Plaintiff*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: August 23, 2022         */s/ Binyamin I. Manoucheri*
                               Binyamin I. Manoucheri