JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>UBATUBA ACAI, LLC,<br><br>    Defendant. | Case No. ED CV 21-8523 FMO (MRWx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. Plaintiff has filed a Notice of Settlement notifying the court that plaintiff has settled his claims with defendant. (See Dkt. 21, Notice of Settlement). Plaintiff has clarified that the settlement is only as to plaintiff's individual claims and that plaintiff will dismiss the class claims without prejudice. (See Dkt. 23, Notice Re: Status of Class Allegations at 2, 8).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. Dated this 7th day of September, 2022.

/s/
Fernando M. Olguin
United States District Judge